**Rodney JONES, Petitioner,**

**v.**

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2012–3085.

United States Court of Appeals, Federal Circuit.

March 15, 2012.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, it is, ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

**Monique BOOE, Petitioner,**

**v.**

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2012–3067.

United States Court of Appeals, Federal Circuit.

March 19, 2012.

*ORDER*

Petitioner having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 7, 2012 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before May 18, 2012.